# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-20265
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 22, 2016

Lyle W. Cayce
Clerk

STANLEY JOE POWELL,

      Plaintiff - Appellant

v.

SHERIFF CHARLES WAGNER; JERRI YENNE; BRAZORIA COUNTY
COLLECTION DEPARTMENT; BRAZORIA COUNTY,

      Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CV-2738

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:*

    Stanley Powell filed a complaint with the clerk of the district court but never returned to obtain summons upon the defendants. He now writes that he gave notice to the defendants. The district judge has explained that the jurisdiction of the court awaits a properly served summons, as the clerk also informed Mr. Powell.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20265

The district court has properly dismissed the action, without prejudice. Mr. Powell is not barred from other actions by this judgment.

AFFIRMED.